DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALDO ENRIQUE BENEJAM** and **VIVIAN K. PENA,**
Appellants,

v.

**AURORA LOAN SERVICES, LLC,**
Appellee.

No. 4D17-20

[August 24, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE09000327.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

N. Mark New, II and William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***